IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | : | |
|---|---|---|
| LAURA HICKS, on behalf of herself and similarly situated employees, | : : : | 2:17-cv-12674-GCS-DRG |
| Plaintiff, | : : | Honorable George Caram Steeh |
| v. | : : | Magistrate Judge David R. Grand |
| GREAT LAKES HOME HEALTH SERVICES, INC. and GREAT LAKES ACQUISITION CORP., *d/b/a* GREAT LAKES CARING, | : : : : : | |
| Defendants. | : : | |

_____

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Laura Hicks and Defendants Great Lakes Home Health Services, Inc. and Great Lakes Acquisition Corp. (collectively, "Parties") jointly move this Court to approve the Parties' settlement of Plaintiff's claim under the Fair Labor Standards Act ("FLSA") and enter the proposed Approval Order attached to the Parties' proposed settlement agreement as Exhibit A. *See* Settlement Agreement and Release (attached as Exhibit 1). As explained in the accompanying memorandum, the parties' settlement represents a fair and reasonable resolution of *bona fide* disputes about the FLSA, and is therefore due to be granted.

Provided that this Court approves the parties' proposed settlement agreement, Plaintiff will separately petition the Court for an award of her

1

attorneys' fees and costs—and Defendants will respond, including their arguments for an adjustment of damages in light of the chances (as determined by the Court) that Plaintiff would not have prevailed at trial, and thus been awarded no fees, consistent with the Parties' Agreement.

**WHEREFORE**, the Parties respectfully request that the Court grant their Joint Motion to Approve Settlement.

Dated:  April 24, 2019                    Respectfully submitted,

/s/ Joshua A. Frank
Jerry E. Martin
David Garrison
Joshua A. Frank
BARRETT JOHNSTON MARTIN
& GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Phone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

/s/ Peter Winebrake
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone:  (215) 884-2491
Facsimile: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

        Kevin Stoops
SOMMERS SCHWARTZ, P.C.
One Town Square, Suite 1700
Southfield, MI  48076
Phone: (248) 355-3000
Facsimile: (248) 936-2138
kstoops@sommerspc.com

*Attorneys for Plaintiff*

/s/ Eric J. Pelton
Eric J. Pelton
Thomas J. Davis
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
Phone: (248) 645-0000
epelton@kohp.com
tdavis@kohp.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 24, 2019, I electronically filed the foregoing document with the Clerk of Court, which caused the following counsel for Defendants to be served by electronic means:

    Eric J. Pelton at epelton@kohp.com
    Thomas J. Davis at tdavis@kohp.com

Date: April 24, 2019        Respectfully submitted,

        /s/ Peter Winebrake
        WINEBRAKE & SANTILLO, LLC