UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURA HICKS, on behalf of herself and similarly situated employees,<br>Plaintiff,<br>v.<br>GREAT LAKES HOME HEALTH SERVICES, INC. and GREAT LAKES ACQUISITION CORP., *d/b/a* GREAT LAKES CARING,<br>Defendants. | 2:17-cv-12674-GCS-DRG<br>Honorable George Caram Steeh<br>Magistrate Judge David R. Grand |

**ORDER GRANTING JOINT MOTION**
**FOR APPROVAL OF THE FLSA SETTLEMENT**

The parties have filed a Joint Motion for Approval of the Settlement ("Approval Motion"). *See* ECF No. 51. For good cause shown, the Motion is **GRANTED** as follows:

1. The Court **APPROVES** the payment by Defendants of $2,000.00 to Plaintiff. "The FLSA requires this Court to 'scrutinize the proposed settlement [of the FLSA claim] for fairness, and determine whether the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.'" *Farkas v. Boschert*, No. 17-cv-12536, 2018 U.S. Dist. LEXIS 105263, *4-5, 2018 WL 3100905 (E.D. Mich. June 25, 2018) (quoting *Williams v. K&K Assisted Living LLC*, No. 15-cv-11565, 2016 U.S. Dist. LEXIS 9310, *3, 2016 WL 319596 (E.D. Mich. Jan. 27, 2016)). Here, after careful consideration of the Approval Motion and based upon all prior proceedings, the Court finds that each of the following factors favor approval: "'(1) the risk of fraud or collusion; (2) the complexity, expense and likely duration of the litigation; (3) the amount of

1

discovery completed; (4) the likelihood of success on the merits; (5) the opinion of class counsel and representatives; (6) the reaction of absent class members; and (7) public interest in the settlement.'" *Williams*, 2016 U.S. Dist. LEXIS 9310, at *3 (quoting *Snook v. Valley OB-Gyn Clinic, PC*, No. 14-cv-12302, 2015 U.S. Dist. LEXIS 2989, *2, 2015 WL 144400 (E.D. Mich. Jan. 12, 2015)).

2.  Within 7 calendar days of the entry of this Order, Plaintiff shall file with the Court her petition for attorney's fees and costs pursuant to paragraph 7 of the Settlement Agreement and Release. Defendants will file any opposition papers within 21 calendar days of the entry of this Order, and Plaintiff will file any reply papers within 28 calendar days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: May 2, 2019.

                                                      s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE