UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA BETH HICKS,

    Plaintiff,

    v.

CASE NO. 17-CV-12674
HON. GEORGE CARAM STEEH

GREAT LAKES HOME HEALTH
SERVICES, INC. and GREAT
LAKES ACQUISITION CORP., d/b/a
GREAT LAKES CARING,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S PETITION
## FOR ATTORNEY'S FEES AND EXPENSES (Doc. 53)

This putative collective action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., sought overtime compensation for work Plaintiff Laura Beth Hicks, a registered nurse, performed as a home health worker. The parties have settled this matter. As part of their settlement agreement, the parties agreed that this court shall determine the attorney's fees award to Plaintiff, that the court's order would be final and not subject to appeal, and that the court need not issue a written opinion. (Doc. 51-1 at ¶ 7, PgID 1923-24). The court has carefully considered the parties' submissions, including plaintiff's counsel's particularized billing

records, and has consulted the 2017 Michigan Bar's Economics of Practice- Attorney Income and Billing Rate Summary Report in determining attorney's reasonable pay.  The court has used the lodestar method in determining fees, but has imposed a significant reduction of the lodestar amount to reflect Plaintiff's limited success as her claim for certification of a nationwide class was denied, and she settled her individual claim for a modest amount.  On the other hand, the court is mindful of the public policy reasons supporting an award of attorney's fees in an FLSA case in order to encourage the vindication of congressionally identified policies and rights. Balancing these two objectives, and having duly considered all of the parties' submissions,

IT IS ORDERED that Plaintiff's petition for attorney's fees and costs (Doc. 53) is GRANTED and attorney's fees in the amount of $56,000, which includes attorney travel expenses, and costs in the amount of $3,000 for a total award of $59,000.

**IT IS SO ORDERED.**

Dated:  August 27, 2019

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 27, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk